IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| MUSCLE MASS, INC., | |
| *Plaintiff* | Civil No. 1:17-cv-33 |
| v. | Hon. Liam O'Grady |
| JOHN DOE, et al., | |
| *Defendant.* | |

## ORDER

This matter comes before the Court on a Report and Recommendation from Magistrate Judge Buchanan. The Report and Recommendation (Dkt. No. 21), dated March 30, 2017, found that Plaintiff Muscle Mass, Inc. was entitled to a default judgment in its favor against defendant Musclemass.com. The Report and Recommendation further found that Count II (Computer Fraud and Abuse Act), Count III (Electronic Communications Privacy Act), Count IV (quiet title), and Count V (conversion) should all be dismissed without prejudice against Defendant John Doe because he was not properly served in this case.

No objections have been filed to the Report and Recommendation, and Defendants have not made any appearances in this case. Therefore, after reviewing the filings in this case, and finding good cause to do so, the Court hereby **APPROVES AND ADOPTS** the Report and Recommendation (Dkt. No. 21) in full.

Accordingly, the third party VeriSign, Inc. is hereby **ORDERED** to transfer the domain name <Musclemass.com> from its possession to the Plaintiff's designated registrar, eNom, Inc. It is further **ORDERED** that, upon receipt, eNom, Inc. shall register the domain name

1

<Musclemass.com> in the name of Plaintiff and provide Plaintiff with full ownership and control of the domain name. Finally, the Court hereby **DISMISSES** Counts II, III, IV, and V without prejudice.

It is **SO ORDERED**.

April 25, 2017
Alexandria, Virginia

Liam O'Grady
United States District Judge